IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01926-BNB

LEIF STEPHENS,

    Plaintiff,

v.

TEXAS GUARANTEED STUDENT LOAN CORPORATION, a Texas corporation,
SUE McMILLIN, and
DANNY McDONALD,

    Defendants.

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

    Plaintiff, Leif Stephens, initiated this action by filing *pro se* a complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  On July 25, 2012, the court entered an order directing Mr. Stephens to cure certain deficiencies if he wished to pursue his claims in this action.  More specifically, the court ordered Mr. Stephens to file an amended motion seeking leave to proceed *in forma pauperis* on the proper form and to file an amended complaint that is signed by him.  On July 31, 2012, Mr. Stephens filed on the proper form a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and he filed an amended complaint that was missing various pages.  On August 6, 2012, Mr. Stephens filed a second amended complaint that still is missing a signature page.  Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed" and "[t]he court must strike an unsigned paper unless the omission is promptly

corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). Therefore, Mr. Stephens will be ordered to file a complete and signed amended pleading if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that Mr. Stephens cure the deficiency in this action by filing **within thirty (30) days from the date of this order** a complete and signed amended pleading. It is

FURTHER ORDERED that if Mr. Stephens fails to cure the deficiency within the time allowed, the action will be dismissed without further notice.

DATED August 9, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
 United States Magistrate Judge