IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01926-BNB

LEIF STEPHENS,

    Plaintiff,

v.

TEXAS GUARANTEED STUDENT LOAN CORPORATION, a Texas corporation,
SUE McMILLIN, and
DANNY McDONALD,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 14, 2012, at Denver, Colorado.

                                               BY THE COURT:

                                               *s/Craig B. Shaffer*
                                               United States Magistrate Judge