IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01926-CMA-MJW

LEIF STEPHENS,

    Plaintiff,

v.

TEXAS GUARANTEED STUDENT LOAN CORPORATION, a Texas corporation,
SUE McMILLIN, and
DANNY McDONALD,

    Defendants.

## ORDER GRANTING DISMISSAL OF
## DEFENDANTS SUE McMILLIN AND DANNY McDONALD

Pursuant to Plaintiff's Notice of Dismissal of Defendants (Doc. # 51), the Court hereby ORDERS that Defendants Sue McMillin and Danny McDonald are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his or her own costs, attorneys fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Sue McMillin and Danny McDonald as Defendants in this case.

DATED: November __06__, 2012

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge