IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01926-CMA-MJW

LEIF STEPHENS,

    Plaintiff,

v.

TEXAS GUARANTEED STUDENT LOAN CORPORATION, a Texas corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice (Doc. # 60), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

    DATED:  November __13__, 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge